DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MICHAEL MOTOLA,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D23-1564

————————————————

January 17, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Mary Handsel, Judge.

Michael Motola, pro se.


PER CURIAM.

    Affirmed.

LaROSE, KELLY, and MORRIS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.